# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRANIK SAFARYAN,<br>[A71-110-746]<br><br>    Petitioner,<br>vs.<br>MICHAEL CHERTOFF, SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY, ET AL.,<br><br>    Respondents. | CASE NO. 07cv365 BTM(JMA)<br><br>**ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS** |

On February 26, 2007, Petitioner Andranik Safaryan ("Petitioner") filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.  Petitioner sought release from the custody of Respondents on the ground that there was no significant likelihood that he would be removed to Armenia in the reasonably foreseeable future.  On May 21, 2007, Respondents filed a Supplemental Response, explaining that Petitioner was released from the custody of the Department of Homeland Security on May 18, 2007.  Petitioner's counsel has confirmed that Petitioner was released on supervision and is no longer in custody.  Therefore, Petitioner's Petition is moot, and the Court **DISMISSES** this case **WITHOUT PREJUDICE**.  The Clerk shall enter judgment accordingly.

**IT IS SO ORDERED.**

DATED: May 22, 2007

Hon. Barry Ted Moskowitz
United States District Judge